## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

KIM JOHNSON,

Plaintiff,

v.                                                        CASE NO.: 4:23-cv-00385-MW-MAF

FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES,

Defendant.
_____/

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, KIM JOHNSON, and Defendant, FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, by and through undersigned counsel and pursuant to Local Rule 16.2(a)(1), hereby notify the Court that the Parties have reached an agreement to settle the above-captioned matter. The Parties are preparing settlement documents and anticipate filing a Joint Stipulation of Dismissal within the next forty-five (45) days.

DATED this 28th day of March, 2024.

Respectfully submitted,

*/s/ Tiffany R. Cruz*                                          */s/ Maria A. Santoro*
**Tiffany R. Cruz**                                            **MARIA A. SANTORO**
Florida Bar No. 090986                                         Florida Bar No. 0654809
**Kevin C. Kostelnik**                                         msantoro@sniffenlaw.com
Florida Bar No. 0118763                                        jlunt@sniffenlaw.com
Tiffany@tiffanycruzlaw.com                                     tward@sniffenlaw.com
Kevin@tiffanycruzlaw.com

Kera@tiffanycruzlaw.com
Parker@tiffanycruzlaw.com

**CRUZ LAW FIRM, P.A.**
411 N. Calhoun St.
Tallahassee, FL 32301
Telephone: (850) 701-8838

*Attorneys for Plaintiff*

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of March 2024, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to all counsel of record.

/s/ *Tiffany R. Cruz*
Tiffany R. Cruz